# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED SALADDIN MOUSA,<br><br>    Plaintiff,<br><br>    v.<br><br>TRUMP ADMINISTRATION, et al.,<br><br>    Defendants. | Case No. 1:19-cv-01349-LJO-SAB<br><br>ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>(ECF No. 7) |

Mohamed Saladdin Mousa ("Plaintiff"), a state prisoner, filed this action on September 25, 2019. (ECF No. 1.) On October 2, 2019, Plaintiff's motion to proceed *in forma pauperis* was granted. (ECF No. 5.) Thereafter, Plaintiff filed an additional motion to proceed *in forma pauperis*. (ECF No. 7.)

Accordingly, Plaintiff's applications to proceed *in forma pauperis* (ECF No. 7), is HEREBY DENIED AS MOOT.

IT IS SO ORDERED.

Dated: **October 11, 2019**

                                          UNITED STATES MAGISTRATE JUDGE