# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED SALADDIN MOUSA,<br><br>Plaintiff,<br><br>v.<br><br>TRUMP ADMINISTRATION, et al.,<br><br>Defendants. | Case No. 1:19-cv-01349-LJO-SAB (PC)<br><br>ORDER VACATING OCTOBER 10, 2019 FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 6) |

Mohamed Saladdin Mousa ("Plaintiff"), a state prisoner, is appearing pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On October 3, 2019, findings and recommendations issued recommending that this matter be dismissed as duplicative. Plaintiff filed objections on October 28, 2019. Based on the objections filed, the Court finds it appropriate to vacate the findings and recommendations.

Accordingly, the findings and recommendations filed on October 3, 2019 are HEREBY VACATED.

IT IS SO ORDERED.

Dated: **November 5, 2019**

UNITED STATES MAGISTRATE JUDGE

1