# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED SALADDIN MOUSA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRUMP ADMINISTRATION, et al.,<br><br>　　　　　Defendants. | Case No. 1:19-cv-01349-LJO-SAB (PC)<br><br>ORDER STRIKING UNSIGNED DOCUMENT<br><br>(ECF No. 14) |

Mohamed Saladdin Mousa ("Plaintiff"), a state prisoner, is appearing pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On November 21, 2019, Plaintiff filed an informational notice in this matter. The notice is unsigned. Unsigned documents cannot be considered by the Court, and the informational notice is HEREBY STRICKEN from the record on that ground. Fed. R. Civ. P. 11(a); Local Rule 131(b).

IT IS SO ORDERED.

Dated: __November 22, 2019__　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1